IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASHAE NAEISHA SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-5120 |
| | : | |
| BENNETTE HARRISON, *et al.* | : | |

# ORDER

**AND NOW**, this 23rd day of December 2021, after granting the pro se Plaintiff the ability to proceed *in forma pauperis* requiring our screening consistent with Congress' mandate under Section 1915 before issuing summonses, and for reasons in the accompanying Memorandum finding the pro se Plaintiff fails to state a claim for monetary or equitable relief, it is **ORDERED**:

1. Plaintiff's Second Amended Complaint (ECF Doc. No. 11) is **DISMISSED** without prejudice for her to file an amended Complaint no later than **January 24, 2022** except as to Judge Tereshko based on allegations of his role as a judge as those claims are **DISMISSED** with prejudice;

2. We may close the case for failure to timely file an amended Complaint; and,

3. The Clerk of Court shall not issue summons until further Order.

_____
**KEARNEY, J.**