# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASHAE NAEISHA SMITH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-5120 |
| | : | |
| BENNETTE HARRISON, *et al.* | : | |

# ORDER

**AND NOW**, this 14th day of February 2022, upon further screening the *pro se* consolidated Complaints (ECF Doc. Nos. 23, 24, 27), consistent with our obligations for screening under 28 U.S.C. 1915 and our February 1, 2022 Order (ECF Doc. No. 28), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. We **dismiss** Plaintiff's amended consolidated Complaints (ECF Doc. Nos. 23, 24, 27);

2. The Clerk shall not issue summons(es) until further Order; and,

3. We grant one last leave for the Plaintiff to file a fifth amended Complaint under this caption no later than **March 11, 2022** if she can plead a claim for damages from a state actor depriving her of constitutional rights or we may dismiss this case without prejudice.

**KEARNEY, J.**